IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| QUALITY ASSURED INC. T/A SERVICEMASTER OF BRANDYWINE, | § § § § | No. 86, 2023 |
| Appellant Below, Appellant, | § § § | Court Below – the Superior Court of the State of Delaware |
| v. | § § | C.A. N22A-05-012 |
| BERNARD DAVID, | § § | Industrial Accident Board Hearing No. 1332427 |
| Appellee Below, Appellee. | § | |

Submitted: September 20, 2023
Decided: September 26th, 2023

Before **SEITZ**, Chief Justice; **TRAYNOR** and **GRIFFITHS**, Justices.

# **O R D E R**

This 26th day of September 2023, after careful consideration of the parties' briefs and the record on appeal, it appears that the Industrial Accident Board's Decision on Petition to Determine Additional Compensation Due dated May 9, 2022 should be affirmed on the basis of and for the reasons stated in the Superior Court's Memorandum Opinion and Order dated December 6, 2022 and its Order dated March 2, 2023.

NOW, THEREFORE, IT IS ORDERED that the above-described decisions of the Industrial Accident Board and the Superior Court are AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice